JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     Category No. __III__     Investigating Agency __FBI__

**City** __Bedford__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __See add'l information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Milan Patel__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Miami, FL__

Birth date (Yr only): __1970__ SSN (last4#): __2086__ Sex __M__ Race: __S. Asian__ Nationality: __USA__

**Defense Counsel if known:** __George Clarke__     Address __Baker and McKenzie__

**Bar Number** _____     815 Connecticut Avenue NW
Washington, DC 20006

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__     Bar Number if applicable __NY4412326__

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☐ Yes ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☑ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty     ☐ Misdemeanor     ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/27/2018__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MILAN PATEL

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 15 USC 78j(b), 78ff | Securities fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   17-6344-MPK, 17-6345-MPK, 18-6009-MPK, 18-7228-JCB, 18-7229-JCB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    Category No. **III**    Investigating Agency **FBI**

**City** Bedford    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number  See add'l information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Morrie Tobin    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Los Angeles, CA

Birth date (Yr only): 1963   SSN (last4#): 5530   Sex: M   Race: White   Nationality: Canadian

Defense Counsel if known: David M. Rosenfield    Address: Herrick Feinstein LLP

Bar Number: _____    Two Park Avenue
New York, NY 10016

**U.S. Attorney Information:**

AUSA: Eric S. Rosen    Bar Number if applicable: NY4412326

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☑ Information ☐ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/27/2018    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MORRIE TOBIN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2   15 USC 78j(b), 78ff | Securities fraud | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   17-6344-MPK, 17-6345-MPK, 18-6009-MPK, 18-7228-JCB, 18-7229-JCB