UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>1. MORRIE TOBIN,<br>Defendant. | )<br>)<br>)<br>) Criminal No. 18-10444-NMG<br>)<br>)<br>)<br>) |

**UNITED STATES' MOTION FOR ORDER OF FORFEITURE (MONEY JUDGMENT)**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of an Order of Forfeiture (Money Judgment) in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 (c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Order of Forfeiture (Money Judgment) is submitted herewith. In support thereof, the United States sets forth the following:

1. On November 27, 2018, the United States Attorney for the District of Massachusetts filed a two-count Information, charging defendant, Morrie Tobin (the "Defendant") and another, with Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 371 (Count One); and Securities Fraud, in violation of 15 U.S C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2.

2. The Information also included a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), which provided notice that the United States intended to seek the forfeiture, upon conviction of the Defendant of the offenses alleged in Counts One and Two of the Information of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used in any manner or part, to commit, or to facilitate the commission, of such offenses. The property to be forfeited includes,

*Motion allowed; (see typos in attached order, pp 2 & 3)*
*s/ NM Gorton, USDJ 6/5/19*