# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal No. 18-CR-10444-NMG |
| **MORRIE TOBIN,** | |
| Defendant. | |

### ASSENTED-TO MOTION FOR LEAVE TO FILE MOTION TO CONTINUE SELF-SURRENDER DATE PARTIALLY UNDER SEAL

Now comes the Defendant Morrie Tobin, by and through undersigned counsel, and hereby respectfully requests leave to file his motion to continue self-surrender date partially under seal. As grounds therefore, Mr. Tobin states that his motion to continue self-surrender date references confidential substantial assistance efforts. Accordingly, the defense respectfully requests the Court's permission to file the motion partially under seal. A redacted copy will be filed on the public docket and an un-redacted copy will be submitted to the Court and the Government.

WHEREFORE, Mr. Tobin respectfully requests that this Honorable Court grant the foregoing request.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel conferred with counsel for the Government, and the Government assents to this request.

Respectfully Submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Thomas A. Barnico, Jr. (BBO No. 696929)
Nixon Peabody LLP
53 State Street,
Boston, MA 02109
Tel. 617-345-1000
bkelly@nixonpeabody.com
tbarnico@nixonpeabody.com

Dated:       June 3, 2021

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, June 3, 2021.

                                           */s/    Brian T. Kelly*